UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

SHAWDARE R. THOMAS,
        Petitioner,

v.                                         Case No. 12-CV-00902

DEBORAH McCULLOCH, Institution
Director, Sand Ridge Secure Treatment
Center.
        Respondent.

## ORDER

Pro se petitioner Shawdare Thomas filed this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 asserting that he is being held in custody in violation of the Constitution or laws of the United States. Petitioner is being held at the Sand Ridge Secure Treatment Center pending a ruling on a petition to detain him as a "sexually violent person" under Wis. Stat. § 980.02.

**IT IS ORDERED** that pursuant to 28 U.S.C. § 2243 respondent has three days to show cause why the writ should not be granted.

Dated at Milwaukee, Wisconsin, this 1st day of October 2012.

                                                      s/ Lynn Adelman
                                                      _____
                                                      LYNN ADELMAN
                                                      District Judge